IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**UNITED STATES OF AMERICA,**

       v.       Criminal No. 12-CR-208 (GLS)

**ANNIE GEORGE,**
        **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## BILL OF PARTICULARS

The United States provides for its Bill of Particulars as follows:

In Indictment 12-CR-208, the United States set forth in its forfeiture allegations relating to Count One, its intent to forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6), any and all property constituting, derived from, any proceeds that said defendant obtained directly or indirectly as a result of violation of 18 U.S.C. § 1324, any property real or personal used to facilitate or intended to be used to facilitate the commission of the offenses of which the defendant is charged.

The United States further wishes to particularize its intent to forfeit such property to include, but not be limited to, the following property:

### Real Property

**Saratoga County**, New York

    1.    **Commonly known as: 708 Riverview Road, Rexford, New York**.

ALL those certain lots, piece or parcels of land situate, lying and being in the Town of Clifton Park, County of Saratoga, State of New York, and shown and designated as Lot Number 38, Lot Number 39, Lot Number 40, Lot Number 41 and Lot Number 42 on a map entitled "Riverview Landing, Town of Clifton Park, County of Saratoga" made by C.T. Male Associates, P.C. dated October 4, 1983 revised January 6, 1984 and filed in the Saratoga County Clerk's Office on August 15, 1984 in Drawer R of Maps as Map 80-B.

ALSO, all that certain tract, piece or parcel of land situate, lying and being in the Town of Clifton Park, Saratoga County, New York, Lying generally southwesterly of Lot No. 40 as shown in its entirety on a map entitled "Riverview Landing, Town of Clifton Park, County of Saratoga," made by C.T. Male Associates, P.C. dated October 4, 1983 revised January 6, 1984 and filed in the Saratoga County Clerk's Office on August 15, 1984 in Drawer R of Maps as Map 80-B and being more particularly bounded and described as follows:

BEGINNING at the most southerly corner of Lot No. 40 as shown on the above described map and runs thence from said point of beginning, through the lands of Riverview Landing Homeowners Association, Inc. the following three (3) courses: 1) South 48 degrees 00 minutes 30 seconds, West a distance of 120.00 feet to a point; 2) North 38 degrees 53 minutes 50 seconds West a distance of 301.51 feet to a point and 3) North 32 degrees 38 minutes 30 seconds East a distance of 120.00 feet to the most westerly corner of said Lot NO. 40; thence along the southwesterly line of said Lot No. 40, South 39 degrees 53 minutes 20 seconds East a distance of 328.90 feet to the point or place of beginning, containing 0.846 +/- acres of land.

The above parcels of land are also described as one parcel in the following manner:

All that certain tract, piece or parcel of land situate, lying and being in the Town of Clifton Park, Saratoga County, New York, lying generally westerly of Riverview Road and being shown in its entirety as Lot Number 38, Lot Number 39, Lot Number 40, Parcel Number 40A, Lot Number 41 and Lot Number 42 on a Map entitled "Riverview Landing Revised," Town of Clifton Park, County of Saratoga, prepared by C.T. Male Associates, P.C., being Drawing No. 83-198R-A and filed in the Saratoga County Clerk's Office February 21, 1989, in Drawer R as Map No. 162 and being more particularly bounded and described as follows:

Beginning at the point of intersection of the common line between Lot 42 on the
North and the lands now or formerly of W.J. and M.L. Byrnes on the South with the southwesterly margin of Riverview Road and runs thence from said point of beginning along said common line in part, and along the common line of lands of said Byrnes on the South and Lot No. 41 as shown on the above described Map on the North in part, South 83 deg. 29 min. 30 sec. West, a distance of 468.04 feet to a point;

Thence along the common line between the lands of said Byrnes in part, and the lands now or formerly of A.R. and V.L. Bury in part, on the East and Lot 41 as shown on the above described Map on the West, South 07 deg. 51 min. 50 sec. East, a distance of 435.87 feet to a point;

Thence along the common line between Lot 41 on the northeast and the lands of Riverview Landing Homeowners Association, Inc., on the southwest, North 39 deg. 53 min. 20 sec. West, a distance of 800.00 feet to a point;

Thence along the common line between Lot 40A as shown on the above described Map on the northwest and the lands of said Riverview Landing Homeowners Association, Inc. on the southeast, South 40 deg. 00 min. 30 sec. West, a distance of 120.00 feet to a point;

Thence along the common line between Lot 40A on the northeast and the lands of said Riverview Landing Homeowners Association, Inc. on the southwest North 38 deg. 53 min. 50. Sec. West, a distance of 301.51 feet to a point;

Thence along the common line between Riverview Landing Homeowners Association, Inc. in part, and Lot 36 in part, on the northwest and Lot 40A in part and Lot 40 in part, on the southeast, North 32 deg. 38 min. 30 sec. East, a distance of 350.00 feet to a point;

Thence along the common line between Lot 37 on the northwest and Lot 38 on the southeast, North 42 deg. 31 min. 50 sec. East, a distance of 438.74 feet to a point on the aforementioned southwesterly margin of River Road;

(1) southeasterly along a curve to the right of radius 450.45 feet, an arc distance of 50.00 feet to a point of reverse curve, the chord for the above described curve being South 38 deg. 45 min. 10 sec. East, 49.97 feet;

(2) southeasterly along a curve to the left of radius of 5,008.25 feet, an arc distance of 372.57 feet to the point of tangency, the chord for the above described curve being South 37 deg. 42 min. 10 sec. East, 372.49 feet;

(3) South 39 deg. 50 min. 00 sec. East, a distance of 341.59 feet to a point of curvature; Thence southeasterly along a curve to the right of radius 608.75 feet, an arc distance of 167.45 feet to the point or place of beginning

The same premises conveyed to Power Angels, LLC a Limited Liability Company from Joseph F. Costello, by a deed dated October, 23, 2009, and recorded in the Saratoga County Clerk's Office on November 2, 2009, as Instrument # 2009038820.

Date   7/23/2012

By:

RICHARD S. HARTUNIAN
United States Attorney

s/Gwendolyn E. Carroll

Gwendolyn E. Carroll
Assistant U. S. Attorney
Bar Roll No. 515777

THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

*******************************

UNITED STATES OF AMERICA,

                                        Index No.

        -vs-                                  Civil No. 12-CR-208
                                                                   (GLS)

ANNIE GEORGE,
a/k/a Annie Kolath
a/k/a Sajimol George
                Defendant.
*******************************

### CERTIFICATE OF SERVICE

      The undersigned hereby certifies that she works in the office of the United States Attorney's Office for the Northern District of New York and is a person of such age and discretion as to be competent to serve papers.

      That on July 23, 2012, she served a Bill of Particulars and copy of a Certificate of Service with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Mark John Sacco, Esq.
Office of Mark J. Sacco
38 North Ferry Street
Schenectady, NY 12305
mjs@mjsacco.com

                           */s/ Jessica Fereday Vellano*
                            JESSICA FEREDAY VELLANO
                                FSA Paralegal, III