**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF NEW YORK**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**UNITED STATES OF AMERICA,**

<p style="margin-left:2em">**v.**</p>

**ANNIE GEORGE,**
**a/k/a Annie Kolath,**
**a/k/a Sajimol George,**

<p style="text-align:center">**Defendant.**</p>

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Index No.**
**Criminal Action No. 1:12-CR-382**
**(Hon. Gary L. Sharpe)**

## NOTICE OF LIS PENDENS

**NOTICE IS HEREBY GIVEN** that commencement and pendency of the above-captioned criminal action, brought by the United States by its attorney, Richard S. Hartunian, United States Attorney for the Northern District of New York and Assistant U.S. Attorney, Gwendolyn E. Carroll, against the above named defendant by an Indictment seeking the forfeiture to the United States of real property listed herein pursuant to 18 United States Code, Section 982(a)(6).

The names of the persons whose estate or interest is intended to be affected are:

**Annie George a/k/a Annie Kolath a/k/a Sajimol George**

The property to be forfeited by reason of the foregoing and pursuant to the provisions contained in Title 18, United States Code, Section 982(a)(6) and to which this Lis Pendens refers, is described as **708 Riverview Road, Rexford, New York**, and is set forth more fully in **Schedule**

**"A"**, attached hereto and made a part hereof.  For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Northern District of New York.


Dated:  August 6, 2012                    RICHARD S. HARTUNIAN
                                          United States Attorney
                                          Northern District of New York
                                          James T. Foley Courthouse
                                          445 Broadway, Room 218
                                          Albany, New York 12207
                                          Phone: (518) 431-0247

                              By:    *s/ Gwendolyn E. Carroll*
                                          Gwendolyn E. Carroll
                                          Assistant U.S. Attorney
                                          Bar Roll No. 515777

## SCHEDULE "A"

ALL those certain lots, piece or parcels of land situate, lying and being in the Town of Clifton Park, County of Saratoga, State of New York, and shown and designated as Lot Number 38, Lot Number 39, Lot Number 40, Lot Number 41 and Lot Number 42 on a map entitled "Riverview Landing, Town of Clifton Park, County of Saratoga" made by C.T. Male Associates, P.C. dated October 4, 1983 revised January 6, 1984 and filed in the Saratoga County Clerk's Office on August 15, 1984 in Drawer R of Maps as Map 80-B.

ALSO, all that certain tract, piece or parcel of land situate, lying and being in the Town of Clifton Park, Saratoga County, New York, Lying generally southwesterly of Lot No. 40 as shown in its entirety on a map entitled "Riverview Landing, Town of Clifton Park, County of Saratoga," made by C.T. Male Associates, P.C. dated October 4, 1983 revised January 6, 1984 and filed in the Saratoga County Clerk's Office on August 15, 1984 in Drawer R of Maps as Map 80-B and being more particularly bounded and described as follows:

BEGINNING at the most southerly corner of Lot No. 40 as shown on the above described map and runs thence from said point of beginning, through the lands of Riverview Landing Homeowners Association, Inc. the following three (3) courses: 1) South 48 degrees 00 minutes 30 seconds, West a distance of 120.00 feet to a point; 2) North 38 degrees 53 minutes 50 seconds West a distance of 301.51 feet to a point and 3) North 32 degrees 38 minutes 30 seconds East a distance of 120.00 feet to the most westerly corner of said Lot NO. 40; thence along the southwesterly line of said Lot No. 40, South 39 degrees 53 minutes 20 seconds East a distance of 328.90 feet to the point or place of beginning, containing 0.846 +/- acres of land.

The above parcels of land are also described as one parcel in the following manner:

All that certain tract, piece or parcel of land situate, lying and being in the Town of Clifton Park, Saratoga County, New York, lying generally westerly of Riverview Road and being shown in its entirety as Lot Number 38, Lot Number 39, Lot Number 40, Parcel Number 40A, Lot Number 41 and Lot Number 42 on a Map entitled "Riverview Landing Revised," Town of Clifton Park, County of Saratoga, prepared by C.T. Male Associates, P.C., being Drawing No. 83-198R-A and filed in the Saratoga County Clerk's Office February 21, 1989, in Drawer R as Map No. 162 and being more particularly bounded and described as follows:

Beginning at the point of intersection of the common line between Lot 42 on the North and the lands now or formerly of W.J. and M.L. Byrnes on the South with the southwesterly margin of Riverview Road and runs thence from said point of beginning along said common line in part, and along the common line of lands of said Byrnes on the South and Lot No. 41 as shown on the above described Map on the North in part, South 83 deg. 29 min. 30 sec. West, a distance of 468.04 feet to a point;

Thence along the common line between the lands of said Byrnes in part, and the lands now or formerly of A.R. and V.L. Bury in part, on the East and Lot 41 as shown on the above described Map on the West, South 07 deg. 51 min. 50 sec. East, a distance of 435.87 feet to a point;

Thence along the common line between Lot 41 on the northeast and the lands of Riverview Landing Homeowners Association, Inc., on the southwest, North 39 deg. 53 min. 20 sec. West, a distance of 800.00 feet to a point;

Thence along the common line between Lot 40A as shown on the above described Map on the northwest and the lands of said Riverview Landing Homeowners Association, Inc. on the southeast, South 40 deg. 00 min. 30 sec. West, a distance of 120.00 feet to a point;

Thence along the common line between Lot 40A on the northeast and the lands of said Riverview Landing Homeowners Association, Inc. on the southwest North 38 deg. 53 min. 50. Sec. West, a distance of 301.51 feet to a point;

Thence along the common line between Riverview Landing Homeowners Association, Inc. in part, and Lot 36 in part, on the northwest and Lot 40A in part and Lot 40 in part, on the southeast, North 32 deg. 38 min. 30 sec. East, a distance of 350.00 feet to a point;

Thence along the common line between Lot 37 on the northwest and Lot 38 on the southeast, North 42 deg. 31 min. 50 sec. East, a distance of 438.74 feet to a point on the aforementioned southwesterly margin of River Road;

(1) southeasterly along a curve to the right of radius 450.45 feet, an arc distance of 50.00 feet to a point of reverse curve, the chord for the above described curve being South 38 deg. 45 min. 10 sec. East, 49.97 feet;

(2) southeasterly along a curve to the left of radius of 5,008.25 feet, an arc distance of 372.57 feet to the point of tangency, the chord for the above described curve being South 37 deg. 42 min. 10 sec. East, 372.49 feet;

(3) South 39 deg. 50 min. 00 sec. East, a distance of 341.59 feet to a point of curvature; Thence southeasterly along a curve to the right of radius 608.75 feet, an arc distance of 167.45 feet to the point or place of beginning.

The same premises conveyed to Power Angels, LLC, a Limited Liability Company from Joseph F. Costello, by a deed dated October, 23, 2009, and recorded in the Saratoga County Clerk's Office on November 2, 2009, as Instrument # 2009038820.

**TO THE SARATOGA COUNTY CLERK:**

You are hereby directed to index the attached Notice of Pendency against:

**Annie George, a/k/a Annie Kolath, a/k/a Sajimol George**


        RICHARD S. HARTUNIAN
        United States Attorney
        Northern District of New York

By:    *s/Gwendolyn E. Carroll*
        Gwendolyn E. Carroll
        Assistant U.S. Attorney
        Bar Roll No. 515777