IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | ) | No. 12-CR-382 (GLS) |
| --- | --- | --- |
| v. | ) | **Protective Order** |
| ANNIE GEORGE and | ) | (Hon. Gary L. Sharpe) |
| Defendant. | ) | |

## PROTECTIVE ORDER

The Government's Unopposed Motion for a Protective Order is hereby GRANTED, and IT IS HEREBY ORDERED that the information contained in the email and attachment sent by the United States to counsel for the defendant on August 14, 2012, (1) be used solely by the defendant and her counsel of record in connection with preparation of the defense including motions and trial and not for any other purpose, and (2) be destroyed at the conclusion of the case.

August 16, 2012

Gary L. Sharpe
Chief United States District Judge