UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NO.: 12-CR-00382; United States v. Annie George
DATE: February 28, 2013

PRESIDING JUDGE: Gary L. Sharpe

(x) GOVERNMENT ( ) DEFENDANT ( ) COURT

| EXHIBIT NO. | MARKED FOR IDENTIFICATION (court only) | ADMITTED INTO EVIDENCE (court only) | REMARKS (court only) | WITNESS (court only) | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 1 | | | | | Picture of V.M. |
| 2(a)-(h) | | | | | Photographs of exterior of 708 Riverview Road, Rexford, New York |
| 3(a)-(j) | | | | | Photographs of interior of 708 Riverview Road, Rexford, New York |

EXHIBITS RETURNED TO COUNSEL (SIGNATURE & DATE): _____

| EXHIBIT NO. | MARKED FOR IDENTIFICATION (court only) | ADMITTED INTO EVIDENCE (court only) | REMARKS (court only) | WITNESS (court only) | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 4 | | | | | Photographs of exterior of 3 Sage Estates, Menands, New York |
| 5 | | | | | Photographs of exterior of 330 Grandview Avenue, Catskill, New York |
| 6 | | | | | CD containing three consensually recorded telephonic conversations between Shiju Mathai and the defendant (identified as "Annie Kolath 1," "Annie Kolath 2," and "Annie Kolath 3" |
| 7 | | | | | CD containing excerpts of "Annie Kolath 1" and "Annie Kolath 2" consensually recorded conversations |

EXHIBITS RETURNED TO COUNSEL (SIGNATURE & DATE): _____

| EXHIBIT NO. | MARKED FOR IDENTIFICATION (court only) | ADMITTED INTO EVIDENCE (court only) | REMARKS (court only) | WITNESS (court only) | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 8(a)-(c) | | | | | English transcripts of "Annie Kolath 1," "Annie Kolath 2" and "Annie Kolath 3" |
| 9(a)-(b) | | | | | English transcripts of excerpts from "Annie Kolath 1" and "Annie Kolath 2" |
| 10 | | | | | V.M. immunity letter dated July 12, 2012 |
| 11(a) | | | | | Prudential Life Insurance Certificate of Authenticity of Business Records |

EXHIBITS RETURNED TO COUNSEL (SIGNATURE & DATE): _____

| EXHIBIT NO. | MARKED FOR IDENTIFICATION (court only) | ADMITTED INTO EVIDENCE (court only) | REMARKS (court only) | WITNESS (court only) | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 11(b) | | | | | Sajimol George August 11, 2009 Assignment of $3,916,444.37 in Prudential Life Insurance death benefits to Citizen's Bank (re: death of Mathai George) |
| 11(c) | | | | | Annie Kolath September 14, 2009 e-mail to Prudential Life Insurance Senior Claims Representative Brenda Tate concerning the wiring of life insurance death benefits to defendant's bank account (re: death of Mathai George) |

EXHIBITS RETURNED TO COUNSEL (SIGNATURE & DATE): _____

| EXHIBIT NO. | MARKED FOR IDENTIFICATION (court only) | ADMITTED INTO EVIDENCE (court only) | REMARKS (court only) | WITNESS (court only) | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 11(d) | | | | | Prudential Life Insurance September 15, 2009 letter approving the payment of $5,000,000.00 in life insurance benefits to Annie Kolath (re: death of Mathai George) |
| 11(e) | | | | | Prudential Life Insurance September 15, 2009 e-mail confirming the wiring of $1,062,502.33 life insurance death benefits to the defendant's bank account (re: death of Mathai George) |
| 12 | | | | | April 23, 2007 e-mail between Mathai George and Shiju Mathai |

EXHIBITS RETURNED TO COUNSEL (SIGNATURE & DATE): _____

| EXHIBIT NO. | MARKED FOR IDENTIFICATION (court only) | ADMITTED INTO EVIDENCE (court only) | REMARKS (court only) | WITNESS (court only) | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 13 | | | | | February 1, 2008 e-mail between Mathai George and Shiju Mathai |
| 14 | | | | | August 8, 2008 e-mail between Annie Kolath and Shiju Mathai |
| 15 | | | | | August 10, 2009 e-mail between Annie Kolath and Shiju Mathai |
| 16 | | | | | October 6, 2010 e-mail between Annie Kolath and Shiju Mathai |
| 17 | | | | | October 20, 2010 e-mail between Annie Kolath and Shiju Mathai |

EXHIBITS RETURNED TO COUNSEL (SIGNATURE & DATE): _____

| EXHIBIT NO. | MARKED FOR IDENTIFICATION (court only) | ADMITTED INTO EVIDENCE (court only) | REMARKS (court only) | WITNESS (court only) | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 18(a)-(b) | | | | | U.S. Department of Labor Wage & Hour Division chart reflecting wage computations due to V.M. for employment with the defendant between November 2005 and May 2011 (17.0 hrs v. 18.5 hrs) |
| 19 | | | | | Blank 2005 I-9 Employment Eligibility Verification Form |
| 20 | | | | | Blank 2005 IRS W-4 Form (Employee's Withholding Allowance Certificate) |
| 21 | | | | | Grand Jury transcript of Tom George |

EXHIBITS RETURNED TO COUNSEL (SIGNATURE & DATE): _____

| EXHIBIT NO. | MARKED FOR IDENTIFICATION (court only) | ADMITTED INTO EVIDENCE (court only) | REMARKS (court only) | WITNESS (court only) | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 22 | | | | | Grand Jury transcript of Nichole Yungandreas |
| 23 | | | | | Map of India |
| 24 | | | | | Blank 2010 IRS W-2 Form (Wage and Tax Statement) |
| 25 | | | | | Blank 2010 IRS W-3 Form (Transmittal of Wage and Tax Statements) |
| 26(a) | | | | | Operating Agreement of Power Angels, LLC |
| 26(b) | | | | | NYS Department of State, Division of Corporations and State Records - Filing Receipt of 8/21/2009 for Power Angels, LLC |

EXHIBITS RETURNED TO COUNSEL (SIGNATURE & DATE): _____

| EXHIBIT NO. | MARKED FOR IDENTIFICATION (court only) | ADMITTED INTO EVIDENCE (court only) | REMARKS (court only) | WITNESS (court only) | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 26(c) | | | | | Warranty Deed for 708 Riverview Road, Rexford, New York |
| 27 | | | | | Blank 2010 IRS 1099-Misc form |
| 28(a) | | | | | Business records Declaration of Yvette Green of 9/17/2012 |
| 28(b) | | | | | Yahoo! subscriber records for kolathannie@yahoo.com |
| 28(c) | | | | | Yahoo! logon history for kolathannie@yahoo.com |
| 29(a) | | | | | Bank of America checks signed by Mathai Kolath George |
| 29(b) | | | | | Bank of America checks signed by Annie Kolath |

EXHIBITS RETURNED TO COUNSEL (SIGNATURE & DATE): _____