

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    v.                                                    1:12-cr-382

ANNIE GEORGE, a/k/a ANNIE
KOLATH, a/k/a SAJIMOL
GEORGE,

            Defendant.
_____

## VERDICT FORM

**PLEASE NOTE: YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON THIS VERDICT FORM WHICH MUST BE SIGNED BY THE JURY FOREPERSON. EACH QUESTION MUST BE ANSWERED UNANIMOUSLY.**

There should be a total of two (2) pages in this Verdict Form Packet, including this sheet.

1

Question 1:    As to Count One charging Ms. George with harboring an illegal alien for private financial gain:

_____            _Not Guilty_
Guilty                             Not Guilty

*Only if your verdict as to Question 1 is "Not Guilty," proceed to Question 2. If your verdict as to Question 1 is "Guilty," skip Question 2 and proceed directly to the bottom of this page.*

Question 2:    As to the lesser included offense of harboring an illegal alien:

_Guilty_                       _____
Guilty                             Not Guilty

YOUR DELIBERATIONS ARE COMPLETE.

REPORT YOUR VERDICT TO THE MARSHAL. PLEASE REMEMBER TO DATE AND SIGN YOUR VERDICT SHEET. THANK YOU.

Dated: _March 8th,_ 2013

                                        Foreperson